THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAMI MUNRO, an individual,<br><br>        Plaintiff,<br><br>  vs.<br><br>CANDACE PRIEST, an individual, JULIA KEEGAN, an individual, CORRECT CARE SOLUTIONS, LLC, a corporation, WELLPATH, LLC, a corporation,<br><br>        Defendants. | Case No. C20-5577-BHS-MLP<br><br>**STIPULATED ORDER CONTINUING TIME FOR DEFENDANTS PRIEST AND KEEGAN TO FILE RESPONSIVE PLEADING** |

    Plaintiff served Defendant Candace Priest on September 11, 2020 and Julie Keegan on September 15, 2020. The parties have agreed to extend deadline for defendants Ms. Priest and Ms. Keegan to file a responsive pleading to October 30, 2020.

LEWIS, BRISBOIS, BISGAARD & SMITH LLP

Presented by
 */s/ Taryn M. Basauri*
Taryn M. Basauri, WSBA #51637
1111 Third Avenue, Suite 2700
Seattle, WA 98101
Phone: (206) 508-1959
Email: taryn.basauri@lewisbrisbois.com

AMENDED PROPOSED STIPULATED ORDER CONTINUING TIME FOR DEFENDANT CORRECT CARE SOLUTIONS AND WELLPATH LLC TO FILE RESPONSIVE PLEADING - 1
USDC WD WA CAUSE NO. 3:20-cv-05577-MLP
4829-7104-0717.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

STIPULATED TO:

By */s/ Taryn M. Basauri*
Taryn M. Basauri, WSBA #51637
1111 Third Avenue
Suite 2700
Seattle, WA 98101
Phone: (206) 508-1959
Email: taryn.basauri@lewisbrisbois.com

MacDONALD HOAGUE & BAYLESS

By */s/ Joe Shaeffer*
Joe Shaeffer, WSBA #33273
705 Second Avenue
Suite 1500
Seattle, WA 98104
Phone: (206) 622-1604
Email: joe@mhb.com

      PURSUANT TO STIPULATION, IT IS SO ORDERED.

      Dated this 5th day of October, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

AMENDED PROPOSED STIPULATED ORDER CONTINUING TIME FOR DEFENDANT CORRECT CARE SOLUTIONS AND WELLPATH LLC TO FILE RESPONSIVE PLEADING - 2
USDC WD WA CAUSE NO. 3:20-cv-05577-MLP
4829-7104-0717.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020